1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOB BEJARANO, | ) | Case No. CV 08-8657-GW (DTB) |
| Petitioner, | ) | |
| | ) | ORDER ACCEPTING FINDINGS, |
| vs. | ) | CONCLUSIONS AND |
| | ) | RECOMMENDATIONS OF UNITED |
| MARTIN BITER, Warden, | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Second Amended Petition and dismissing this action with prejudice.

DATED:  September 5, 2014

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1