1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BOB BEJARANO,                          ) Case No. CV 08-8657-GW (DTB)
                                       )
                  Petitioner,          )
                                       )
        vs.                            ) ORDER ACCEPTING FINDINGS,
                                       ) CONCLUSIONS AND
MARTIN BITER, Warden,                  ) RECOMMENDATIONS OF UNITED
                                       ) STATES MAGISTRATE JUDGE
                  Respondent.          )
                                       )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended
Petition, the other records on file herein, and the Report and Recommendation of the
United States Magistrate Judge.  Further, the Court has engaged in a de novo review
of those portions of the Report and Recommendation to which objections have been
made.  The Court accepts the findings and recommendations of the Magistrate Judge
with the following revisions:

        On page 4, line 1, the word "Motion" should be changed to "Request;"
        on page 4, lines 1-2, the phrase "request for leave to file amended petition"
should be changed to "Request filed December 2, 2009;"
        on page 4, line 11, the word "amend" should be changed to "add;"
        on page 18, line 1, the word "the" should be added before the word "Court;"

1

on page 18, line 21, a closed parentheses mark should be added as follows: "accident . . ..);"

on page 20, line 8, the word "Others" should be changed to "Other;"

on page 22, line 19 the first appearance of the word "on" should be deleted; and

on page 30, line 2, the word "instruction" should be changed to "instruct."

IT THEREFORE IS ORDERED that Judgment be entered denying the Second Amended Petition and dismissing this action with prejudice.

DATED:  September 5, 2014

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE